U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG 2 3 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GERALD VALERIE | : | DOCKET NO.  06-2055 |
| VS. | : | JUDGE MINALDI |
| FIDELITY AND DEPOSIT CO. OF MARYLAND | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge

previously filed herein and after an independent review of the record, and a de novo

determination of the issues, and consideration of the objections filed herein, and having

determined that the findings are correct under applicable law; it is

ORDERED that plaintiffs' motion to remand [doc. # 10] be, and it is hereby GRANTED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 22 day

of _____, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE